IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| BLACK ELK ENERGY OFFSHORE OPERATIONS, LLC, | § § § § | Case No. 15-34287 |
| Debtor. | § § | Chapter 11 |

## NOTICE OF APPEAL TO DISTRICT COURT
## FROM ORDER OF BANKRUPTCY COURT

Pursuant to 28 U.S.C. § 158(a) and Federal Rules of Bankruptcy Procedure 8001, 8002, and 8003, creditors Platinum Partners Value Arbitrage Fund LP, Platinum Partners Liquid Opportunities Master Fund LP, and TKN Petroleum Offshore LLC (the "Appellants") appeal from the following judgments, orders, and decrees entered in the above-styled bankruptcy case:

1. The July 26, 2016 Order (Dkt. No. 1225) filed in the case; and

2. The related July 26, 2016 Memorandum Opinion (Dkt. No. 1224) filed in the case.

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

Appellants:  Platinum Partners Value Arbitrage Fund LP, Platinum Partners Liquid Opportunities Master Fund LP, and TKN Petroleum Offshore LLC

Attorneys:   Danny David
Kevin T. Jacobs
Omar J. Alaniz
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002
Telephone: (713) 229-4055

| | |
|---|---|
| Appellees: | Black Elk Energy, LLC, Black Elk Management, LLC, Black Elk Employee Incentive, LLC, Freedom Well Service, LLC, Iron Island Technologies, LLC, and John Hoffman |
| Attorney: | Justin W. R. Renshaw<br>RENSHAW NORWOOD, PLLC<br>2900 Weslayan, Suite 230<br>Houston, Texas 77027<br>Telephone: (713) 400-9001 |
| Litigation Trustee: | Richard Schmidt |
| Attorney: | Matthew Scott Okin<br>OKIN & ADAMS LLP<br>1113 Vine Street, Suite 201<br>Houston, Texas 77002<br>Telephone: (713) 228-4100 |

Appellants elect to have this appeal heard by the United States District Court.

Respectfully submitted,

Dated: August 9, 2016

Houston, Texas

**BAKER BOTTS L.L.P.**

*/s/ Omar J. Alaniz*
Danny David (State Bar No. 24028267)
Kevin T. Jacobs (State Bar No. 24012893)
Omar J. Alaniz (State Bar No. 24040402)
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002
Telephone: (713) 229-4055
danny.david@bakerbotts.com
kevin.jacobs@bakerbotts.com
omar.alaniz@bakerbotts.com

*Counsel to Platinum Partners Value Arbitrage Fund LP, Platinum Partners Liquid Opportunities Master Fund LP, and TKN Petroleum Offshore LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was served via Electronic Case Management email, email and/or by United States Mail on all parties this 9th day of August, 2016.

                                                      /s/ *Omar J. Alaniz*
                                                      Omar J. Alaniz